UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 99-8364-CIV-HURLEY
Magistrate Judge Lynch

JUAN ROMAGOZA ARCE,
NERIS GONZALEZ, CARLOS MAURICIO,
and JORGE MONTES,

          Plaintiffs,

v.

JOSE GUILLERMO GARCIA,  and
individual, CARLOS EUGENIO VIDES
CASANOVA, an individual, and DOES
1 through 50, inclusive,

          Defendants.

_____/



FILED by _____ D.C.

NOV 1 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

*DENYING AS MOOT*
[~~PROPOSED~~] ORDER ~~GRANTING~~ PLAINTIFFS' MOTION TO
STRIKE AMENDED ANSWER AND AFFIRMATIVE DEFENSES AND
INCORPORATED MEMORANDUM

THIS CAUSE came on to be heard on Plaintiffs' Motion to Strike Amended

Answer and Affirmative Defenses and Incorporated Memorandum, and the Court, having

considered same, it is hereby

ORDERED AND ADJUDGED that the above-entitled Motion be and the same is

hereby _*denied as moot.*_____

_____

_____

*PH*
*175*

DONE AND ORDERED in Chambers, in West Palm Beach, Florida, on this

_____ day of _____, 2001.

_____
DANIEL T.K. HURLEY
U.S. DISTRICT COURT JUDGE

ccs: See service list

## SERVICE LIST

James K. Green, Esq.
JAMES K. GREEN, P.A
One Clearlake Centre, Suite 1602
250 Australian Ave. So.
West Palm Beach, FL 33401

James J. Garrett ✓
James M. Schurz
Peter J. Stern
Beth Van Schaack
MORRISON & FOERSTER, L.L.P.
101 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596

Jill Anne Peasley, Esq. ✓
Beth Stephens, Esq.
THE CENTER FOR JUSTICE AND ACCOUNTABILITY
588 Sutter Street, No. 433
San Francisco, CA 94102

Carolyn Patty Blum, Esq.
BOALT HALL SCHOOL OF LAW
685 Simon Hall
University of California
Berkeley, CA 94720-7200

Paul Hoffman, Esq.
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN, L.L.P.
723 Ocean Front Walk
Venice, CA 90291

Susan Shawn Roberts, Esq.
135 Beaumont Ave.
San Francisco, CA  94118

Kurt R. Klaus, Jr., Esq. ✓
LAW OFFICES OF KURT R. KLAUS, JR.
3191 Coral Way, Suite 502
Miami, Florida 33145