# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 99-8364 CIV-HURLEY

CARLOS MAURICIO,

    **Plaintiff,**

v.

CARLOS EUGENIO VIDES CASANOVA,

    **Defendant.**

_____/

FILED by _____ D.C.

JUL 2 3 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · W.P.B.

## VERDICT

We, the jury, return the following verdict upon the claims of **PLAINTIFF PROFESSOR CARLOS MAURICIO** as against **DEFENDANT CARLOS EUGENIO VIDES CASANOVA:**

1.  Do you find that **DEFENDANT GENERAL CARLOS EUGENIO VIDES CASANOVA** is legally responsible, under the doctrine of command responsibility, for the torture of Professor Mauricio?

Yes ✓_____          No_____

    If you answered "yes" to Question No. 1, please answer Question No. 2.

    If you answered "no" to Question No. 1, then your verdict is against plaintiff Professor Mauricio and in favor of General Vides, and you should sign and date the verdict form.



1

2.  What do you find to be the total amount (100%) of compensatory damages, if any, suffered by Professor Mauricio as a result of his torture?

$ 3,100,000 ⁰⁰⁄₁₀₀

Please answer Question 3.

3.  Under the circumstances of this case, state whether punitive damages are warranted against **DEFENDANT GENERAL CARLOS EUGENIO VIDES CASANOVA:**

Yes ✓          No _____

If you answer "yes" to this question, please state the total amount of punitive damages which you find should be assessed against **DEFENDANT GENERAL VIDES:**

$ 10,000,000 ⁰⁰⁄₁₀₀

If you elect not to assess punitive damages against this defendant, you should enter a zero (0) as the amount of punitive damages.

**SO SAY WE ALL THIS 23 day of JULY, 2002.**

ARNOD ESBIN
Foreperson Name (print)          Foreperson Name (signature)