UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-8364 CIV-HURLEY

NERIS GONZALEZ,
    Plaintiff,

v.

JOSE GUILLERMO GARCIA, and
CARLOS EUGENIO VIDES CASANOVA,

    Defendants.
_____/

FILED by _____ D.C.
JUL 2 3 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## VERDICT

We, the jury, return the following verdict upon the claims of **PLAINTIFF NERIS GONZALEZ** as against **DEFENDANTS JOSE GUILLERMO GARCIA and CARLOS EUGENIO VIDES CASANOVA**:

1. Do you find that **DEFENDANT GENERAL JOSE GUILLERMO GARCIA** is legally responsible, under the doctrine of command responsibility, for the torture of Neris Gonzalez?

    Yes ✓           No _____

Please answer Question No.2.



1

2. Do you find that **DEFENDANT GENERAL CARLOS EUGENIO VIDES CASANOVA** is legally responsible, under the doctrine of command responsibility, for the torture of Neris Gonzalez?



✓ _____             _____
Yes                                              No

If you answered **EITHER** Question No. 1 or Question 2 "yes," please answer question No. 3.

If you answered **BOTH** Questions 1 and 2 "no," then your verdict is against plaintiff Gonzalez and in favor of both defendants, and you should sign and date the verdict form.

3. What do you find to be the total amount (100%) of compensatory damages, if any, suffered by Neris Gonzalez as a result of her torture?

$ 2,500,000.00 

Please answer Question 4.

[ANSWER THE FOLLOWING QUESTION (NO. 4) ONLY AS TO ANY DEFENDANT TO WHOM YOU HAVE ANSWERED "YES" ON QUESTION NOS. 1 OR 2.]

4. Under the circumstances of this case, state whether punitive damages are warranted against

| | | |
|---|---|---|
| defendant GARCIA | Yes ✓ | No ____ |
| defendant VIDES | Yes ✓ | No ____ |

As to each defendant for whom you answered "yes," what is the total amount of punitive damages, if any, which you find should be assessed against that defendant?

| | |
|---|---|
| Defendant GARCIA | $ 10,000,000 ⁰⁰/ₓ |
| Defendant VIDES | $ 5,000,000 ⁰⁰/ₓ |

If you elect not to assess punitive damages against a defendant, you should enter a zero (0) as the amount of damages as to that defendant.

**SO SAY WE ALL THIS** 23 **day of JULY, 2002.**

\_\_\_ARNOLD ESBIN\_\_\_   \_\_\_[signature]\_\_\_
Foreperson Name (print)   Foreperson Name (signature)

3