UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-8364-CIV-HURLEY

JUAN ROMAGOZA ARCE,

    Plaintiff,

v.

JOSE GUILLERMO GARCIA, and
CARLOS EUGENIO VIDES CASANOVA,

    Defendants.
_____/

FILED by _____ D.C.
JUL 3 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

# FINAL JUDGMENT

Following trial and pursuant to the jury's verdict dated July 23, 2002, it is hereby **ORDERED and ADJUDGED**:

1. Plaintiff JUAN ROMAGOZA ARCE shall take and recover from the Defendants, JOSE GUILLERMO GARCIA and CARLOS EUGENIO VIDES CASANOVA, the sum of $5,000,000.00 (five million dollars) in compensatory damages, for which the Defendants shall be jointly and severally liable, that shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of this order, for which let execution issue.

2. In addition to the sum set forth in paragraph 1, Plaintiff JUAN ROMAGOZA ARCE shall take and recover the sum of $10,000,000.00 (ten million dollars) from the Defendant JOSE GUILLERMO GARCIA, as punitive damages, that shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of this order, for which let execution issue.

Final Judgment — Juan Romagoza Arce
Romagoza et al. v. Garcia et al.
Case No. 99-8364-CIV-HURLEY

3. In addition to the sums set forth in paragraphs 1 and 2, Plaintiff JUAN ROMAGOZA ARCE shall take and recover the sum of $5,000,000.00 (five million dollars) from the Defendant CARLOS EUGENIO VIDES CASANOVA, as punitive damages, that shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of this order, for which let execution issue.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 31st day of July, 2002.

Daniel T.K. Hurley
United States District Judge

*Copies provided to:*

James K. Green, Esq.
Peter J. Stern, Esq.
Beth Van Schaack, Esq.
Kurt R. Klaus, Esq.