UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-8364-CIV-HURLEY

CARLOS MAURICIO,

    Plaintiff,

v.

CARLOS EUGENIO VIDES CASANOVA,

    Defendant.

_____/

FILED by _____ D.C.
JUL 3 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# FINAL JUDGMENT

Following trial and pursuant to the jury's verdict dated July 23, 2002, it is hereby **ORDERED** and **ADJUDGED**:

1. Plaintiff CARLOS MAURICIO shall take and recover from the Defendant, CARLOS EUGENIO VIDES CASANOVA, the sum of $3,100,000.00 (three million one hundred thousand dollars) in compensatory damages, that shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of this order, for which let execution issue.

2. In addition to the sum set forth in paragraph 1, Plaintiff CARLOS MAURICIO shall take and recover the sum of $10,000,000.00 (ten million dollars) from the Defendant CARLOS EUGENIO VIDES CASANOVA, as punitive damages, that shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of this order, for which let execution issue.

Final Judgment — Carlos Mauricio
Mauricio v. Vides
Case No. 99-8364-CIV-HURLEY

      **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 31st day of July, 2002.

                                          Daniel T.K. Hurley
                                        United States District Judge

*Copies provided to*:

James K. Green, Esq.
Peter J. Stern, Esq.
Beth Van Schaack, Esq.
Kurt R. Klaus, Esq.