UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-8364-CIV-HURLEY/LYNCH

JOAN ROMAGOZA ARCE,
NERIS GONZALEZ and
CARLOS MAURICIO,
    plaintiffs
vs
JOSE GUILLERMO GARCIA and
CARLOS EUGENIO VIDES CASANOVA,
    defendants.
_____/



### ORDER GRANTING MOTION FOR LEAVE TO FILE COMPLAINT FOR FRAUDULENT TRANSFER IMPLEADING THIRD PARTY DEFENDANTS & REFERRING PROCEEDINGS SUPPLEMENTARY TO MAGISTRATE JUDGE FOR REPORT & RECOMMENDATION

**THIS CAUSE** is before the court upon the plaintiffs' motion for proceedings supplementary [DE # 307-1] and for leave to file complaint for fraudulent transfer impleading third party defendants [DE# 307-2] together with motion for expedited ruling on same filed January 14, 2005 [DE# 314]. Having considered the plaintiffs' motion together with the defendants' response in opposition [DE # 313], it is **ORDERED AND ADJUDGED**:

1. The plaintiffs' motion for expedited ruling filed January 14, 2005 [DE# 314] is **GRANTED.**

2. The plaintiffs' motion for proceedings supplementary pursuant to Section 56.29, Florida Statutes [DE# 307-1] is **GRANTED.** See Fed. R. Civ. P. 69; Section 56.29, Florida Statutes (2003). *See generally Standard Property Investment Trust, Inc. v Luskin,* 585 So.2d 1099 (Fla. 4th DCA 1991).

3. In accordance with the Magistrate Act, 28 U.S.C. §§ 631-39, and Federal Rule of Civil



1

Procedure 72, the court herewith refers the plaintiffs' request for proceedings supplementary and and all related motions to the Honorable Judge Frank J. Lynch for a report and recommendation. [This includes without limitation the plaintiffs' request for an asset freeze and appointment of receiver over assets of defendant Carlos Eugenio Vides Casanova which is incorporated in the current motion.] The parties shall send a copy of all pleadings and papers directly to Magistrate Judge Lynch in addition to filing them with the Clerk of Court.

4. The plaintiffs' request for an order requiring the defendant in execution Carlos Eugenio Vides Casanova to appear for questioning concerning his property pursuant to Section 56.29(2), Florida Statutes, also incorporated within the current motion, is **GRANTED**, and the defendant Carlos Eugenio Vides Casanova is ordered to appear for such questioning at a time, date and place to be determined by Magistrate Judge Frank J. Lynch, to whom this matter has been referred.

5. The plaintiffs' motion for leave to file complaint for fraudulent transfer impleading third party defendants [DE# 307-2] is **GRANTED**, and the plaintiffs' proposed complaint for fraudulent transfer impleading third parties filed September 10, 2004 [DE# 306] is accepted for filing on this date.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 26th day of January 2005.

Daniel T. K. Hurley
United States District Judge

cc. Magistrate Judge Frank J. Lynch, Jr.
John Andres Thornton, Esq.
Kurt R. Klaus, Esq.
James K. Green, Esq.
Peter J. Stern, Esq.

2